UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CANDACE LOUISE CURTIS, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-00592 |
| | § | |
| ANITA KAY BRUNSTING, *et al*, | § § § | |
| Defendants. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON May 8, 2019 at 9:15 AM**

Appearances:  Candace Curtis (*pro se*)
(Court Reporter: J. Sanchez)
(No appearance by the defendants)

The following rulings were made:

Before the Court is the *pro se* plaintiff's, Candace Curtis, motion for an order directed to certain defendants to show cause why they should not be held in contempt for violating the Court's Preliminary Injunction entered on April 19, 2013.

The Court is of the opinion that, having transferred the case to the Harris County Probate Court, it no longer has jurisdiction of the case. Therefore, the relief requested is Denied.

It is so ORDERED.

SIGNED on this 8th day of May, 2019.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1